E-FILED: **12/15/09**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hankyo So and Sunhee So** | CASE NO. CV 09-6944-GHK (FMOx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| **NBGI, Inc., et al.** | |
| Defendants. | |

Based on our November 25, 2009 Order granting Defendant JPMorgan Chase Bank, N.A.'s ("JPMorgan")  Motion to Dismiss against Plaintiffs, **IT IS HEREBY ADJUDGED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE** with respect to Defendant JPMorgan.

Based on our December 15, 2009 Order dismissing the remaining Defendants for failure to prosecute,  **IT IS HEREBY ADJUDGED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendants NBGI, Inc., Countrywide Home Loans, Inc., and Bank of America, N.A..

**IT IS SO ORDERED**.

DATED: December 15,  2009

_____
GEORGE H. KING
United States District Judge